Commonwealth *v.* Devault, Appellant.

752

Argued November 14, 1974. *Simon B. John,* Assistant Public Defender, for appellant; *Joseph E. Ferens, Jr.,* Assistant District Attorney, with him *L. D. McDaniel,* Acting District Attorney, and *Conrad B. Capuzzi,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.